# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VINCENT H. PINDER,

    Petitioner,

vs.

BILL DONAT, et al.,

    Respondents.

Case No. 3:06-CV-00213-LRH-(RAM)

**ORDER**

    Petitioner did not sign and verify the Amended Petition for a Writ of Habeas Corpus (#8). He must correct this omission, or the Court will dismiss this action. 28 U.S.C. § 2242; Rule 2(c), Rules Governing Section 2254 Cases in the United States District Courts.

    IT IS THEREFORE ORDERED that Petitioner shall submit a signed and dated Petition within thirty (30) days from the date on which this Order is entered. Failure to comply will result in the dismissal of this action.

    DATED this 25th day of July, 2006.

                                                LARRY R. HICKS
                                               United States District Judge